UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ASUA BUIE,

          Plaintiff,

v.                                     Case No. 17-cv-738-pp

MR. HAFFMAN, *et al.*,

          Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

---

On October 10, 2017, the court issued an order directing the plaintiff to provide the court with a copy his trust account statement for any months he was incarcerated between May 2017 and September 2017. Dkt. No. 8 at 3. The court warned the plaintiff that it would dismiss the case without prejudice for failure to prosecute if it did not receive the statement by November 6, 2017. Id. The court has not received a trust account statement from the plaintiff.

The court **ORDERS** that this case is **DISMISSED** without prejudice for failure to prosecute.

Dated in Milwaukee, Wisconsin this 22nd day of November, 2017.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**